North Carolina District Court United States

Antwain L. Dennis
#55825-056

V

United States of America

No. 5:11-CR-226-1FL

Judge Louise Flanagan

> **Motion DENIED.**
>
> This the 10th day of May, 20 16.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED
FEB 17 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Motion to be Released By Mandatory Minimum Sentence
" Due Progress - Fifth Amendment US Constitution "
" 18 USC Section 3582 C-1 "

I Antwain L. Dennis here-by respectfully submitt this motion to the United States District Court to be released By new law the Mandatory minimum under 18 USC 3582(c)(1). I completed my Mandatory Minimum Jan 22, 2016 for a 18 USC 924. werefore I pray the Court Release me Immediated fourthwith. Thank you

Dated: 2-11-16

Antwain L. Dennis

Certificate of Service

I hereby Submitted and maild a true and Correct copy of the above motion 18 USC 3582(c)(1) to the US Attorney office Raleigh N.C 27601

Prose: Antwain L. Dennis
PO Box 33 USP Terre Haute
Terre Haute IN, 47808

Dated: 2-11-16